IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Galea, Jonneal J

Printed: 11/11/08

Case Number: 07 B 18624
Judge: Hollis, Pamela S
Filed: 10/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 29, 2008
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,500.00 |  |
| Secured: |  | 750.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,609.50 |
| Trustee Fee: |  | 140.50 |
| Other Funds: |  | 0.00 |
| Totals: | 2,500.00 | 2,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lehman & Fox | Administrative | 3,000.00 | 1,609.50 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,516.00 | 750.00 |
| 4. | HomEq Servicing Corp | Secured | 5,842.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 1,261.84 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 180.00 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 594.25 | 0.00 |
| 8. | First Choice Loans | Unsecured |  | No Claim Filed |
| 9. | Leon Walker | Unsecured |  | No Claim Filed |
| 10. | Sullivan Urgent Aid Centers | Unsecured |  | No Claim Filed |
| 11. | Sprint | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,394.09 | $ 2,359.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.00 |
| 6.5% | 32.50 |
|  | $ 140.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Galea, Jonneal J | Case Number: 07 B 18624 |
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 10/10/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

